JACKSON LEWIS P.C.
Howard Shapiro, Esq. (admitted *pro hac vice*)
Michael E. Holzapfel, Esq. (Bar ID # 031022002)
200 Connell Drive, Suite 2000
Berkeley Heights, New Jersey 07922
Telephone: (908) 795-5200
Fax: (908) 464-2614
Email: howard.shapiro@jacksonlewis.com
        michael.holzapfel@jacksonlewis.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAUL M. SEIBERT, THOMAS F. SOLURY, DANA MOLINEAUX, HENRY WORCESTER, STEPHANIE SCHNEPP, JOHN STRONG, JR. and SCOTT C. ALLEN, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NOKIA OF AMERICA CORPORATION, THE BOARD OF DIRECTORS OF NOKIA OF AMERICA CORPORATION, NOKIA 401(K) COMMITTEE and JOHN DOES 1-30. <br><br> Defendants. | Civil Case No. 21-cv-20478- ES-AME <br><br> CLASS ACTION <br><br> **Oral Argument Requested Pursuant to L. Civ. R. 78.1(b)** <br><br> **NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT IN PART** |

**PLEASE TAKE NOTICE** that on Monday, February 5, 2024 at 9:00 A.M.,

or as soon thereafter as counsel may be heard, the undersigned attorneys for

1

Defendants shall move before the Honorable Esther Salas, U.S.D.J. at the United States District Court for the District of New Jersey, 50 Walnut Street, Newark, New Jersey 07102, for an Order dismissing in part Plaintiff's First Amended Complaint for failure to state a claim upon which relief may be granted, pursuant to Fed. R. Civ. P. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of this motion Defendants shall rely upon the accompanying Brief and Certification of Howard Shapiro, with attached exhibits.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests oral argument.

JACKSON LEWIS P.C.

Attorneys for Defendants

By:    */s/ Michael E. Holzapfel*
Michael E. Holzapfel

Dated: November 13, 2023

4874-9842-7024, v. 1

2